Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
214-767-8967

Elizabeth A. Ziegler,
for the United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| UNIVERSAL NUTRIENTS, LLC, | § | Case No. 16-43070-mxm-11 |
| | § | Chapter 11 |
| | § | |
| Debtors-in-Possession. | § | |

### Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

**Jake Hill**
**Luxor Staffing**
**1430 Valwood Parkway, Suite 120**
**Carrollton, TX  75006**
**817-296-2901**
**JHill@LuxorStaffing.com**

**Brett Schafer**
**Elk Designs, Inc.**
**12101 Dewey Street**
**Los Angeles, CA  90066**
**310-387-7840**
**bschafer@elkdesignsinc.com**

**Joe Stoops**
**Milne Fruit**
**804 Bennett Avenue**
**Prosser, WA  99350**
**509-786-9604**
**joes@milnefruit.com**

DATED: September 1, 2016				Respectfully submitted,

						WILLIAM T. NEARY
						UNITED STATES TRUSTEE


						/s/ Elizabeth A. Ziegler
						Elizabeth A. Ziegler
						Trial Attorney
						Texas State Bar No. 24086345 (Also by New York)
						Office of the United States Trustee
						1100 Commerce Street, Room 976
						Dallas, Texas  75242 (214) 767-8967 x 1247
						elizabeth.ziegler@usdoj.gov