Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
214-767-8967

Elizabeth A. Ziegler,
for the United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **UNIVERSAL NUTRIENTS, LLC,** | § | **Case No. 16-43070-mxm-11** |
| | § | **Chapter 11** |
| | § | |
| **Debtors-in-Possession.** | § | |

## Amended Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

**Luxor Staffing**
**c/o Jake Hill**
**1430 Valwood Parkway, Suite 120**
**Carrollton, TX  75006**
**817-296-2901**
**JHill@LuxorStaffing.com**


**Milne Fruit**
**c/o Joe Stoops**
**804 Bennett Avenue**
**Prosser, WA  99350**
**509-786-9604**
**509-786-2170-fax**
**joes@milnefruit.com**

**Elk Designs, Inc.**
**c/o Brett Schafer**
**12101 Dewey Street**
**Los Angeles, CA  90066**
**310-387-7840**
**bschafer@elkdesignsinc.com**

**UniChem Enterprises**
**c/o Karen Tune**
**1905 South Lynx Place**
**Ontario, CA 91761**
**909-321-1018**
**ktune@unichemsupply.com**

DATED: September 29, 2016          Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE


/s/ Elizabeth A. Ziegler
Elizabeth A. Ziegler
Trial Attorney
Texas State Bar No. 24086345 (Also by New York)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242 (214) 767-8967 x 1247
elizabeth.ziegler@usdoj.gov